UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLOBE LIFE & ACCIDENT INSURANCE COMPANY, <br><br> Plaintiff(s), <br><br> vs. <br><br> JACKIE S. ALLEN, et al., <br><br> Defendant(s). | Case No. 2:16-cv-02009-APG-NJK <br><br> ORDER |

Defendant Jackie Allen is proceeding in this case *pro se*, and has filed a motion making factual assertions and seeking a ruling in this case. Docket No. 10. That motion is hereby **DENIED** as premature. Ms. Allen is instructed that the first step in most cases is for the defendants to respond to the complaint, usually by way of filing an answer. Ms. Allen has not yet filed an answer in this case. Once that has been done, the Court may then provide a period by which the parties can obtain discovery to support their factual contentions in motions for summary judgment or at trial. *See* Local Rule 22-1 (outlining procedure for entering a scheduling order in interpleader actions).

IT IS SO ORDERED.

Dated: October 4, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge