UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLOBE LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>vs.<br><br>JACKIE S. ALLEN, et al.,<br><br>Defendant(s). | Case No. 2:16-cv-02009-APG-NJK<br><br>ORDER |

Pending before the Court is a status report regarding settlement discussions, which appear to be ongoing. *See* Docket No. 16 at 1. The Court hereby **ORDERS** that the parties file, by January 20, 2016, either (1) dismissal papers or (2) a further status report.

Settlement discussions are confidential in nature. *Cf.* Local Rule 16-5. Because the status report contains details about the settlement discussions, the Clerk's Office is **INSTRUCTED** to seal it. To the extent they may contain details regarding the settlement discussions, any future status report shall be filed under seal accompanied by a motion to seal. *See* Local Rule IA 10-5.

IT IS SO ORDERED.

Dated: December 15, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge