UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLOBE LIFE AND ACCIDENT INSURANCE COMPANY, | Case No. 2:16-cv-02009-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| JACKIE S. ALLEN, et al., | |
| Defendant(s). | |

On December 15, 2016, the Court ordered the parties to file, by January 20, 2016, either (1) dismissal papers or (2) a further status report. Docket No. 17. To date, the parties have failed to comply. Accordingly, no later than April 14, 2017, the parties shall file either (1) dismissal papers or (2) a further status report. Failure to comply with this order may result in dismissal of this case.

IT IS SO ORDERED.

Dated: March 31, 2017

NANCY J. KOPPE
United States Magistrate Judge