UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLOBE LIFE AND ACCIDENT INSURANCE COMPANY, <br><br>Plaintiff(s), <br><br>vs. <br><br>JACKIE S. ALLEN, et al., <br><br>Defendant(s). | Case No. 2:16-cv-02009-APG-NJK <br><br>ORDER |

The parties have reached a settlement. Docket No. 19. Dismissal papers shall be filed by May 5, 2017.

IT IS SO ORDERED.

Dated: April 6, 2017

NANCY J. KOPPE
United States Magistrate Judge